IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 09-cv-02285-MSK-KLM

UNITED STATES OF AMERICA,

   Plaintiff,

v.

$34,330.00 IN UNITED STATES CURRENCY,
$2,287.00 IN UNITED STATES CURRENCY,
2002 JEEP GRAND CHEROKEE, VIN 1J8GW48S72C290712,

   Defendants.
_____

## FINAL ORDER OF FORFEITURE
_____

  THIS MATTER comes before the Court on the United States' Unopposed Motion for Final Order of Forfeiture **(#30)**, the Court having reviewed said Motion FINDS:

  THAT the United States commenced this action in rem pursuant to 21 U.S.C. §881;

  THAT all known parties have been provided with an opportunity to respond and that publication has been effected as required by Supplemental Rule G(4);

  THAT sole claimant Victor Mendoza, through the law firm of Harvey Steinberg, has filed a Verified Statement of Interest and Answer to the Verified Complaint;

  THAT the United States and sole claimant Victor Mendoza through Kurt Zaner, Esq., have reached a settlement in this case, and have filed a Settlement Agreement with the Court resolving all issues in dispute;

  THAT no other claims to the defendant properties have been filed;

  THAT upon agreement of the parties, claimant Victor Mendoza agrees to forfeit

$30,000.00 of defendant $34,330.00 in United States Currency, which funds will be forfeited pursuant to 21 U.S.C. §881 and disposed of in accordance with law;

THAT upon agreement of the parties, the United States has agreed to return to claimant Victor Mendoza, the remaining $4,330.00 of defendant $34,330.00 in United States Currency, defendant $2,287.00 in United States Currency, and defendant 2002 Jeep Grand Cherokee;

THAT it further appears there is cause to issue a forfeiture order under 21 U.S.C. §881.

NOW, THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT judgment of forfeiture of $30,000.00 of defendant $34,330.00 in United States Currency shall enter in favor of the United States; the United States shall have full and legal title to the forfeited $30,000.00, and may dispose of it in accordance with law and in accordance with the terms and provisions of the parties' Settlement Agreement; and

THAT a Certificate of Reasonable Cause, which this Order constitutes, is granted as to all defendant properties pursuant to 28 U.S.C. §2465. It is

FURTHER ORDERED that the Clerk shall close this case.

DATED this 7th day of July, 2010.

**BY THE COURT:**

_Marcia S. Krieger_

Marcia S. Krieger
United States District Judge